# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> CANDIDO PENA, <br><br> Defendant. | Case No. 16-CR-171-JPS <br><br> **ORDER** |

On October 25, 2016, the government filed a five-count Indictment against the defendant that included a forfeiture notice as to certain property of the defendant. (Docket #1). On May 9, 2017, the government filed a motion to dismiss certain property from the forfeiture notice of the Indictment. (Docket #39). The Court will grant the government's motion.

Accordingly,

**IT IS ORDERED** that the following items of property included in the forfeiture notice of the Indictment (Docket #1), including

- a. A Taurus, model PT145 Millennium Pro, .45 caliber pistol, bearing serial number NEP03348;
- b. A Smith and Wesson, model 66-1, .357 caliber revolver, bearing serial number 69K6463; and
- c. A Hi-Point, model C9, 9mm. pistol, bearing serial number P1803938,

be and the same are hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 16th day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge